UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:11-cr-74-Orl-22KRS

REYNIS ARTURO VENTURA-GUANCE

ORDER AND NOTICE
OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 46), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on February 12, 2016.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation entered February 12, 2016 (Doc. No. 46), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant shall personally appear before this court on **THURSDAY, March 10, 2016, at 12:00 P.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why supervised release should not be revoked.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on February ___29___, 2016.

                                                JOHN ANTOON II
                                               United States District Judge
                                               (signed in the absence of
                                                Judge Anne C. Conway)

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Reynis Arturo Ventura-Guance